```
DISTRICT COURT OF THE STATE OF NEW YORK
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
MARCO MEJIA
On behalf of himself and others similarly situated

                        Plaintiff,                    AMENDED
                                                 CONSENT TO JOINDER

        -against-                                    CV 19-5286

GULF2BAY SOFTWASH CORP.,
NORTH AMERICAN CHIMNEY & GUTTER CORP.,
DAVID JARRETT
In his individual capacity

                        Defendants.


----------------------------------X
```

By signing below I, Marcos Mejia consent to become a party plaintiff in this lawsuit and be bound by any decision herein.

Dated: October 17, 2019

_____
Marcos Mejia
C/O Law Offices of Delvis Melendez
90 Bradley St.
Brentwood, N.Y. 11717
63-434-1443