UNITED STATES DISTRICT COURT:
~~STATE~~ EASTERN
COUNTY OF   DISTRICT   : ~~STATE~~ OF NEW YORK

| | |
|---|---|
| MARCOS MEJIAS On Behalf of Himself and Others Similarly Situated, | *Plaintiff(s)* |
| *against* | |
| GULF2BAY SOFTWASH CORP., et al., | *Defendant(s)* |

Case ~~Index~~ No. ..CV-19.5286............

Date Filed..09/17/19.....................

**STATE OF NEW YORK, COUNTY OF SUFFOLK     SS:**

PETER J. GUTHY, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in New York State.

That on    October 10, 2019    at 3:50 P.M at 129 Fifth Avenue, Bay Shore, New York (1st. Floor) deponent served the within summons in a civil action and complaint and consent to joinder upon David F. Jarret, in his individual capacity, one of the    defendant(s) therein named which summons indicated on it's face the index number and date filed.

INDIVIDUAL 1. ☐   by delivering a true *copy* of each to said defendant personally; deponent knew the person so served to be the person described as said defendant therein.

CORPORATION 2. ☐   a *domestic* corporation by delivering a true copy of *each* to personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant.

SUITABLE AGE PERSON 3. ☒   by delivering thereat a true copy of *each* to   Amy "Smith", co-worker, who refused to divulge her/ true last name, a person of suitable age and discretion. Said premises is defendant's—actual place of business—~~dwelling house~~—~~usual place of abode~~—within the state.

AFFIXING TO DOOR 4. ☐   by affixing a true copy of *each* to the door of said premises, which is defendant's—actual place of business—dwelling house—usual place of abode—within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion, thereat, having called thereon.

and confirming residence of defendant with    a neighbor, at    who also denied knowledge of defendant's place of employment or work hours.

OTHER 5. ☐   by delivering a true copy of each to said defendant by leaving thereat personally with    who is duly authorized to accept thereof.

MAILING TO RESIDENCE USE WITH 3 OR 4 ☐   Deponent enclosed a copy of same in postpaid envelope properly addressed to defendant at defendant's last known residence at    and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

MAILING TO BUSINESS   On October 16, 2019
USE WITH 3 OR 4 ☒   Deponent enclosed a copy of same in a first class postpaid envelope properly addressed to defendant at defendant's actual place of business, at   129 Fifth Avenue, Bay Shore, NY  11706    in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

DESCRIPTION ☒   Deponent describes person served as aforesaid to the best of deponent's ability at the time and circumstances of services as follows:
Sex  female  Color  white  Hair  black  Appox. Age  40  Hgt  5-3  Wgt  125  Other_____

MILITARY SERVICE ☒   I asked the person spoken to,  Amy "Smith", whether defendant was in active military service of the United States or of the State of New York in any capacity and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the grounds of my belief are the conversations and observations above narrated.

Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as the term is defined in either the State or in the Federal statues.

Sworn before me on    October 16, 2019

_____
PETER J. GUTHY

*Donna Kempner*

DONNA KEMPNER
Notary Public, State of New York
No. 01KE5064837
Qualified in Suffolk County
Commission Expires August '26, 2022

UNITED STATES DISTRICT COURT:
EASTERN ~~NORTHERN~~ DISTRICT
~~COUNTY OF~~ :~~CITY~~ STATE OF NEW YORK

MARCOS MEJIAS On Behalf of Himself and
Others Similarly Situated,

*Plaintiff(s)*

*against*

GULF2BAY SOFTWASH CORP., et al.,

*Defendant(s)*

Case ~~xxx~~ ~~Index~~ No. CV-19 5286

Date Filed 09/17/19

---

**STATE OF NEW YORK, COUNTY OF SUFFOLK**          SS:

PETER J. GUTHY, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in New York State.

That on October 10, 2019          at 3:50 P.M at 129 Fifth Avenue, Bay Shore, New York (1st. Floor) deponent served the within summons in a civil action and complaint and consent to joinder

upon Gulf2Bay Softwash Corp., one of                    the                    defendant(s) therein named

which summons indicated on it's face the index number and date filed.

| | |
|---|---|
| INDIVIDUAL 1. ☐ | by delivering a true *copy* of each to said defendant personally; deponent knew the person so served to be the person described as said defendant therein. |
| CORPORATION 2. ☒ | a *domestic* corporation by delivering a true copy of *each* to Amy "Smith", Managing Agent, who refused / to divulge true last name, personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant. |
| SUITABLE AGE PERSON 3. ☐ | by delivering thereat a true copy of *each* to a person of suitable age and discretion. Said premises is defendant's—actual place of business—dwelling house—usual place of abode—within the state. |
| AFFIXING TO DOOR 4. ☐ | by affixing a true copy of *each* to the door of said premises, which is defendant's—actual place of business—dwelling house—usual place of abode—within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion, thereat, having called thereon. |
| | and confirming residence of defendant with                                        a neighbor, at                                                                                                who also denied knowledge of defendant's place of employment or work hours. |
| OTHER 5. ☐ | by delivering a true copy of each to said defendant by leaving thereat personally with                                                                                        who is duly authorized to accept thereof. |
| MAILING TO RESIDENCE USE WITH 3 OR 4 ☐ | Deponent enclosed a copy of same in postpaid envelope properly addressed to defendant at defendant's last known residence at                                                                                        and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. |
| MAILING TO BUSINESS USE WITH 3 OR 4 ☐ | Deponent enclosed a copy of same in a first class postpaid envelope properly addressed to defendant at defendant's actual place of business, at                                                                        in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant. |
| DESCRIPTION ☒ | Deponent describes person served as aforesaid to the best of deponent's ability at the time and circumstances of services as follows: Sex female Color white Hair black Appox. Age 40 Hgt. 5-3 Wgt. 125 Other |
| MILITARY SERVICE ☐ | I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the grounds of my belief are the conversations and observations above narrated. |
| | Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as the term is defined in either the State or in the Federal statues. |

Sworn before me on          October 16, 2019

*Donna Kempner*

PETER J. GUTHY

DONNA KEMPNER
Notary Public, State of New York
No. 01KE5064837
Qualified in Suffolk County
Commission Expires August '26, 2022

UNITED STATES DISTRICT COURT:
EASTERN
~~COUNTY OF~~   DISTRICT   ~~STATE~~ OF NEW YORK

| | | |
|---|---|---|
| MARCOS MEJIAS On Behalf of Himself and Others Similarly Situated, | *Plaintiff(s)* | Case ~~Index~~ No. ..CV-19 5286.................. |
| *against* | | Date Filed...09/17/19................... |
| GULF2BAY SOFTWASH CORP., et al., | *Defendant(s)* | |

---

**STATE OF NEW YORK, COUNTY OF SUFFOLK     SS:**

PETER J. GUTHY, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in New York State.

That on  October 10, 2019    at 3:50 P .M at  129 Fifth Avenue, Bay Shore, New York (1st. Floor)
deponent served the within summons  in a civil action and complaint and consent to joinder

upon  **North American Chimney & Gutter Corp., one of**    the       defendant(s) therein named

which summons indicated on it's face the index number and date filed.

| | |
|---|---|
| INDIVIDUAL 1. ☐ | by delivering a true *copy* of each to said defendant personally; deponent knew the person so served to be the person described as said defendant therein. |
| CORPORATION 2. ☒ | a *domestic* corporation by delivering a true copy of *each* to **Amy "Smith", Managing Agent, who refused / to divulge true last name,** personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant. |
| SUITABLE AGE PERSON 3. ☐ | by delivering thereat a true copy of *each* to a person of suitable age and discretion. Said premises is defendant's—actual place of business—dwelling house—usual place of abode—within the state. |
| AFFIXING TO DOOR 4. ☐ | by affixing a true copy of *each* to the door of said premises, which is defendant's—actual place of business---dwelling house—usual place of abode—within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion, thereat, having called thereon. |
| | and confirming residence of defendant with                        a neighbor, at                        who also denied knowledge of defendant's place of employment or work hours. |
| OTHER 5. ☐ | by delivering a true copy of each to said defendant by leaving thereat personally with                        who is duly authorized to accept thereof. |
| MAILING TO RESIDENCE USE WITH 3 OR 4 ☐ | Deponent enclosed a copy of same in postpaid envelope properly addressed to defendant at defendant's last known residence at                        and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. |
| MAILING TO BUSINESS USE WITH 3 OR 4 ☐ | Deponent enclosed a copy of same in a first class postpaid envelope properly addressed to defendant at defendant's actual place of business, at                        in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant. |
| DESCRIPTION ☒ | Deponent describes person served as aforesaid to the best of deponent's ability at the time and circumstances of services as follows: Sex  female  Color  white  Hair  black  Appox. Age  40   Hgt.  5-3  Wgt.  125  Other_____ |
| MILITARY SERVICE ☐ | I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as the term is defined in either the State or in the Federal statues. |

Sworn before me on  October 16, 2019                                          _____

*Donna Kempner*                                          PETER J. GUTHY

DONNA KEMPNER
Notary Public, State of New York
No. 01KE5064837
Qualified in Suffolk County
Commission Expires August '26, 2022