# jackson|lewis

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis P.C.
58 South Service Road
Suite 250
Melville, New York 11747
Tel 631 247-0404
Fax 631 247-0417
www.jacksonlewis.com

| | | | |
|---|---|---|---|
| ALBANY, NY | DETROIT, MI | MILWAUKEE, WI | RALEIGH, NC |
| ALBUQUERQUE, NM | GRAND RAPIDS, MI | MINNEAPOLIS, MN | RAPID CITY, SD |
| ATLANTA, GA | GREENVILLE, SC | MONMOUTH COUNTY, NJ | RICHMOND, VA |
| AUSTIN, TX | HARTFORD, CT | NEW ORLEANS, LA | SACRAMENTO, CA |
| BALTIMORE, MD | HONOLULU, HI* | NEW YORK, NY | SALT LAKE CITY, UT |
| BERKELEY HEIGHTS, NJ | HOUSTON, TX | NORFOLK, VA | SAN DIEGO, CA |
| BIRMINGHAM, AL | INDIANAPOLIS, IN | OMAHA, NE | SAN FRANCISCO, CA |
| BOSTON, MA | JACKSONVILLE, FL | ORANGE COUNTY, CA | SAN JUAN, PR |
| CHARLOTTE, NC | KANSAS CITY REGION | ORLANDO, FL | SEATTLE, WA |
| CHICAGO, IL | LAS VEGAS, NV | PHILADELPHIA, PA | SILICON VALLEY, CA |
| CINCINNATI, OH | LONG ISLAND, NY | PHOENIX, AZ | ST. LOUIS, MO |
| CLEVELAND, OH | LOS ANGELES, CA | PITTSBURGH, PA | TAMPA, FL |
| DALLAS, TX | MADISON, WI | PORTLAND, OR | WASHINGTON, DC REGION |
| DAYTON, OH | MEMPHIS, TN | PORTSMOUTH, NH | WHITE PLAINS, NY |
| DENVER, CO | MIAMI, FL | PROVIDENCE, RI | |

*through an affiliation with Jackson Lewis P.C., a Law Corporation

MY DIRECT DIAL IS: 631-247-4661
MY EMAIL ADDRESS IS: NOEL.TRIPP@JACKSONLEWIS.COM

January 3, 2020

**VIA ECF**

Hon. A. Kathleen Tomlinson
United States Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 914
Central Islip, NY  11722

          Re: *Marcos Mejia v. Gulf2Bay Softwash Corp., et al.*
             Civil Case No.: 19-cv-05286

Dear Magistrate Judge Tomlinson:

  With apologies for the repeated submissions, we write as counsel for Defendants in the above-referenced Fair Labor Standards Act ("FLSA") matter further to our prior correspondence (Dkt. 17) and the Court's Minute Order of this evening to confirm that, pending response from Plaintiff's counsel on or before January 7, 2020 and further Order of the Court, Defendants' deadline to oppose Plaintiff's pending conditional certification motion (Dkt. 12, "Certification Motion") is adjourned.  In other words, Defendants do not need to submit a substantive response to the Certification Motion on Monday, January 6, 2020, prior to the deadline for Plaintiff to respond to the instant application.  We thank the Court for its continued attention to this matter.

           Respectfully submitted,

          JACKSON LEWIS P.C.

          Noel P. Tripp

NPT:dc
cc: Delvis Melendez, Esq. (*via ECF*)
4833-3229-7392, v. 1